UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/27/2018
```

TOWN & COUNTRY LINEN CORP.; and
TOWN & COUNTRY HOLDINGS, INC.

         *Plaintiffs*,

v.

INGENIOUS DESIGNS LLC; JOY
MANGANO; and HSN, INC.,

         *Defendants*.

Civil Action No. 18-cv-5075-LGS

Hon. Lorna G. Schofield

## [PROPOSED] ORDER TO UNSEAL MATTER

WHEREAS on June 7, 2018, Plaintiffs Town & Country Linen Corp. and Town & Country Holdings, Inc. ("Plaintiffs") filed this matter under seal, pursuant to a June 6, 2018 Sealing Order from Judge Nathan;

WHEREAS this matter was subsequently assigned to ~~Judge Schofield~~ this Court;

WHEREAS on June 12, 2018, the Court ordered that, once Defendants have been served, the Parties must "submit a joint application to file a redacted complaint pursuant to the Court's individual rules" by June 26, 2018;

WHEREAS proof of service on all Defendants was filed by Plaintiffs on June 22, 2018;

WHEREAS the Parties propose no redactions to the Complaint and desire to unseal this matter;

NOW THEREFORE, having considered the request, the Court hereby GRANTS the Parties' request to unseal the entire matter, as well as all documents filed with the Court under seal to date. No redactions of the Complaint will be entered. The Clerk is directed to upload the filed documents to ECF.

**IT IS SO ORDERED.**

Dated: June 27, 2018
New York, New York

*[signature]*
HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

1