USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/23/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TOWN & COUNTRY LINEN CORP., et al.,
                          Plaintiffs,

-against-

INGENIOUS DESIGNS LLC, et al.,
                          Defendants.
------------------------------------------------------------X

18 Civ. 5075 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Case Management Plan and Scheduling Order required the parties to file a status letter on December 20, 2019 (Dkt. No. 112);

WHEREAS, the parties failed to submit the letter. It is hereby

**ORDERED** that the parties shall file the status letter by **January 2, 2020**.

Dated: December 23, 2019
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**