```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                              :    USDC SDNY
TOWN & COUNTRY LINEN CORP., et al.,           :    DOCUMENT
                          Plaintiffs,         :    ELECTRONICALLY FILED
                                              :    DOC #:_____
        -against-                             :    DATE FILED: Jan 6, 2020
                                              :
                                              :    18 Civ. 5075 (LGS)
INGENIOUS DESIGNS LLC, et al.,                :
                          Defendants.         :    ORDER
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on October 19, 2018, Defendants brought a motion to dismiss certain of Plaintiffs' claims in the Second Amended Complaint under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) (Dkt. No. 49);

WHEREAS, on July 1, 2019, the Court denied the motion without prejudice to renewal following the parties' request to stay fact and expert discovery due to ongoing settlement discussions (Dkt. No. 92);

WHEREAS, on September 11, 2019, the motion to dismiss was deemed renewed following a request from the parties (Dkt. No. 98). It is hereby

**ORDERED** that Defendants' motion to dismiss is GRANTED IN PART and DENIED IN PART. The motion is GRANTED as to Count II: Copyright Infringement, and Count V: Misappropriation of Ideas. The motion is further GRANTED as to Count I: Patent Infringement as brought against Defendant Joy Mangano. The motion to dismiss is DENIED as to Count VI: Quantum Meruit, Count VII: Unjust Enrichment and Count VIII: Unfair Competition. The motion is further DENIED as to Count I: Patent Infringement as brought against Defendants Ingenious Designs LLC, and HSN, Inc. An opinion will follow separately.

Dated: January 6, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**