UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TOWN & COUNTRY LINEN CORP., et al.,
                          Plaintiffs,

-against-

INGENIOUS DESIGNS LLC, et al.,
                          Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/28/2020

18 Civ. 5075 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on January 21, 2020, Defendants emailed the Court their Answer and Counterclaims, in anticipation of Plaintiffs' proposed redactions;

    WHEREAS, on January 27, 2020, Plaintiffs informed the Court by email that no redactions are required. It is hereby

    **ORDERED** that Defendants shall file their Answer and Counterclaims on ECF by January 30, 2020.

Dated: January 28, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**