UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

TOWN & COUNTRY LINEN CORP. and TOWN &
COUNTRY HOLDINGS, INC.,

                          Plaintiffs,

            -v-

INGENIOUS DESIGNS LLC, et al.,

                         Defendants.

------------------------------------------------------------------X

18-cv-5075 (LJL)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/23/2020

LEWIS J. LIMAN, United States District Judge:

The parties held a status conference on March 19, 2020. It is hereby ORDERED that the parties will propose an expert discovery schedule to the Court by May 7, 2020 at which time a status conference will be scheduled. Plaintiffs are expected to file their response to Defendants' Amended Answer, Dkt. No. 148, by March 30, 2020, as previously anticipated.

SO ORDERED.

Dated: March 23, 2020
       New York, New York

                                        LEWIS J. LIMAN
                                        United States District Judge