May 7, 2020

**VIA ECF**
Honorable Lewis J. Liman, U.S.D.J.
United States District Court for the S.D.N.Y.
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

*Re: Town & Country Linen Corp., et al. v. Ingenious Designs LLC, et al.*, No. 18-cv-5075-LJL

Dear Judge Liman:

Following the March 19, 2020 status conference and pursuant to this Court's Order (dkt. 150), Plaintiffs Town & Country Linen Corp. and Town & Country Holdings, Inc. and Defendants Ingenious Designs LLC, Joy Mangano, and HSN, Inc. (collectively, "the Parties"), hereby submit this joint status letter with a proposed expert discovery schedule.

By way of background, this case is currently in expert discovery. Opening, rebuttal, and reply expert reports for seven experts have been exchanged, one expert deposition has been taken, with six remaining to be scheduled. No deadlines have been set for close of expert discovery, potential dispositive motions, or a trial ready date. Due to the Court granting Plaintiffs' Motion for Reconsideration relating to the Aramid Fiber Luggage misappropriation of idea claim (Count V) on March 2, 2020 (dkt. 142), supplementation of the Parties' technical and damage expert reports is required.

During the March 19, 2020 status conference, the Court granted the Parties' request to delay setting the remaining expert discovery deadlines due to the COVID-19 crisis. The Court ordered that the Parties meet and confer, and propose an expert discovery schedule by May 7, 2020.

Having conferred, the Parties propose the following schedule for supplemental expert reports:

- June 1, 2020: The Parties are to exchange fabric swatches for the technical expert reports
- June 15, 2020: Supplemental opening technical and damages expert reports on issues for which the party bears the burden of proof (limited to Count V)
- July 9, 2020: Supplemental rebuttal technical and damages expert reports on issues for which the party does not bear the burden of proof (limited to Count V)
- July 23, 2020: Supplemental reply technical and damages expert reports on issues raised in the supplemental rebuttal reports for which the party submitting the supplemental rebuttal report had the burden of proof and did not file an opening report on the issue (limited to Count V)

Given the uncertainty of travel, the Parties propose revisiting and submitting a schedule for further expert depositions, pre-motion letters for dispositive motions, pretrial, and trial by May 29, 2020.

The Parties are available at the Court's convenience to discuss these issues further.

Respectfully submitted,

| | |
|---|---|
| /s/   Robert Isackson | /s/   Kevin Kirsch |
| Robert Isackson | Carrie A. Longstaff |
| Yuval H. Marcus | BAKER & HOSTETLER LLP |
| Lauren Sabol | 45 Rockefeller Plaza |
| Hoda Rifai-Bashjawish | New York, New York 10111 |
| LEASON ELLIS LLP | Phone: (212) 589-4200 |
| One Barker Avenue, Fifth Floor | Fax: (212) 589-4201 |
| White Plains, New York 10601 | Email: clongstaff@bakerlaw.com |
| Phone: (914) 288-0022 | |
| Fax: (914) 288-0023 | Kevin Kirsch |
| Email: isackson@leasonellis.com | BAKER & HOSTETLER LLP |
| Email: marcus@leasonellis.com | 312 Walnut Street |
| Email: sabol@leasonellis.com | Suite 3200 |
| Email: rifai-bashjawish@leasonellis.com | Cincinnati, Ohio 45202 |
| *Attorneys for Plaintiffs* | Email: kkirsch@bakerlaw.com |

Jason Grier
BAKER & HOSTETLER LLP
1170 Peachtree Street, NE
Suite 2400
Atlanta, GA 30309-7676
Email: jgrier@bakerlaw.com

Andrew Samuels
BAKER & HOSTETLER LLP
200 Civic Center Drive
Suite 1200
Columbus, OH 43215-4138
Email: asamuels@bakerlaw.com

Jared Brandyberry
BAKER & HOSTETLER LLP
1801 California Street
Suite 4400
Denver, CO 80202-2662
Email: jbrandyberry@bakerlaw.com

*Attorneys for Defendants*

The Court accepts the proposed schedule for expert reports outlined above, and will expect a status letter with a proposed schedule for the remaining dates by May 29, 2020.

The Clerk of Court is directed to close Dkt. Nos. 129 and 141, which are now moot.

SO ORDERED. 5/15/2020

LEWIS J. LIMAN
United States District Judge