```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
TOWN & COUNTRY LINEN CORP. and TOWN &                              :
COUNTRY HOLDINGS, INC.,                                            :
                                                                   :
                                                                   :      18-cv-5075 (LJL)
                                        Plaintiffs,                :
                     -v-                                           :      OPINION & ORDER
                                                                   :
INGENIOUS DESIGNS LLC, JOY MANGANO, and                            :
HSN, INC.,                                                         :
                                                                   :
                                        Defendants.                :
                                                                   :
-------------------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/25/2020
```

LEWIS J. LIMAN, United States District Judge:

The Court is in receipt of the parties' joint status letter with proposed deadlines. Dkt. No. 170. It is hereby ORDERED that expert discovery shall be completed by September 11, 2020 and motions for summary judgment shall be filed by October 19, 2020. The Court will not require pre-motion letters.

A post-discovery status conference is scheduled for September 23, 2020 at 4:00 p.m. The parties should be prepared to discuss at that conference the proposed motions for summary judgment, the deadlines for Daubert motions, and the scheduling of trial and pretrial submissions. The Court intends to schedule the case for trial in spring of 2021.

SO ORDERED.

Dated: June 25, 2020
       New York, New York

                                        _____
                                        LEWIS J. LIMAN
                                        United States District Judge