UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOWN & COUNTRY LINEN CORP.; and TOWN & COUNTRY HOLDINGS, INC.,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>INGENIOUS DESIGNS LLC; JOY MANGANO; and HSN, INC.,<br><br>　　　　　　Defendants. | Civil Action No. 1:18-cv-05075-LJL |

## PROPOSED ORDER GRANTING THE
## WITHDRAWAL OF APPERANCE OF JASON P. GRIER

In accordance with Local Civil Rule 1.4, and upon consideration of the annexed affidavit, Jason P. Grier, of Baker & Hostetler LLP, is hereby withdrawn as counsel for Defendants Ingenious Designs LLC, Joy Mangano, and HSN, Inc.

It is **SO ORDERED** this ___ day of _____, 2020.

_____
Honorable Lewis J. Liman
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TOWN & COUNTRY LINEN CORP.; and
TOWN & COUNTRY HOLDINGS, INC.,

Plaintiffs,

v.

INGENIOUS DESIGNS LLC; JOY MANGANO; and HSN, INC.,

Defendants.

---

Civil Action No. 1:18-cv-05075-LJL

**AFFIDAVIT OF JASON P. GRIER**

GRANTED. The Clerk of Court is respectfully directed to amend the docket to reflect the withdrawal.
SO ORDERED. 8/3/2020.

LEWIS J. LIMAN
United States District Judge

STATE OF GEORGIA        )
                        ss:
COUNTY OF COBB          )

JASON P. GRIER, being duly sworn, deposes and states:

1. I am a partner with the law firm of Baker & Hostetler LLP, attorney for Defendants Ingenious Designs LLC, Joy Mangano, and HSN, Inc. (collectively, "Defendants") in this action. I respectfully submit this Affidavit in support of the Proposed Order Granting the Withdrawal of Appearance of Jason P. Grier.

2. Plaintiffs commenced this action on June 6, 2018. (Dkt. 6.) The parties have completed fact discovery and are currently conducting expert discovery, which closes on September 11, 2020. (Dkt. 172.)

3. I am admitted *pro hac vice* to practice before this Court in this action, and respectfully request that my appearance in this action be withdrawn, as I am ending my association with Baker & Hostetler LLP on July 31, 2020.

4. Baker & Hostetler LLP will continue to represent Defendants in this action through its attorneys Kevin W. Kirsch, Carrie Ann Longstaff, Jared A. Brandyberry, and Andrew E. Samuels, who are either admitted to practice before this Court or admitted *pro hac vice* in this action.

JASON P. GRIER

Sworn to before me this
31st day of July 2020

NOTARY PUBLIC

[Notary seal: WESLEY MANNING, NOTARY PUBLIC, GEORGIA, PAULDING COUNTY, EXPIRES November 20, 2023]