UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X
                                                                    :
TOWN & COUNTRY LINEN CORP. and TOWN &                               :
COUNTRY HOLDINGS, INC.,                                             :
                                                                    :
                          Plaintiffs,                               :           18-cv-5075 (LJL)
                                                                    :
           -v-                                                      :           ORDER
                                                                    :
INGENIOUS DESIGNS LLC, et al.,                                      :
                                                                    :
                          Defendants.                               :
                                                                    :
--------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/28/2020

LEWIS J. LIMAN, United States District Judge:

　　Plaintiffs have filed a motion for sanctions pursuant to Fed. R. Civ. P. 34 and 37.  Dkt.

Nos. 178, 179.

　　The motion is hereby DENIED.  Plaintiffs have failed to identify a document request to

which the undisclosed information would be responsive.  The Court will permit fact discovery to

be reopened for the limited purpose of Plaintiffs taking a 30(b)(6) deposition of a defense

witness on IDL0211552, which shall take place before the depositions of the damages

experts.  That Defendants' expert formulated his opinions without looking at or asking for

documentation is properly addressed through cross-examination.


　　SO ORDERED.

Dated: August 28, 2020
       New York, New York                         _____
                                                          LEWIS J. LIMAN
                                                      United States District Judge