UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
                                             :

TOWN & COUNTRY LINEN CORP. and TOWN       :
COUNTRY HOLDINGS, INC.,                          :
                                             :

              Plaintiffs,        :             18-cv-5075 (LJL)
                                             :

                -v-                :              <u>ORDER</u>
                                             :

INGENIOUS DESIGNS LLC, JOY MANGANO, and    :
HSN, INC.,                                       :
                                             :

              Defendants.      :

---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      At least one party has requested oral argument on the pending motions for summary judgment.  *See* Dkt. No. 199.  Oral argument is scheduled in this case for May 6, 2021 at 3:00 p.m. in Courtroom 15C at 500 Pearl Street, New York, NY 10007.

      By April 9, 2021, the parties are also directed to mail or hand-deliver to Chambers one copy of the exhibits for each motion.  Plaintiffs shall send a courtesy copy of all of the exhibits filed in connection with their motion for summary judgment (including exhibits submitted by Defendants in opposition).  *See* Dkt. No. 203.  Defendants shall send a courtesy copy of all of the exhibits filed in connection with their motion for summary judgment (including exhibits submitted by Plaintiffs in opposition).  *See* Dkt. No. 193.

      Exhibits shall be organized in binders with tabs for each exhibit.  Each binder shall include an index cover page at the beginning to indicate the exhibits contained in that binder (e.g., Exhibit A, Exhibit B).  A description of the contents of the exhibit is not necessary. Exhibits shall be double-sided and shall indicate redactions (either through color coding or light

shading).

      SO ORDERED.

Dated: April 1, 2021
      New York, New York

                                  LEWIS J. LIMAN
                            United States District Judge