```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
TOWN & COUNTRY LINEN CORP. and                                       :
TOWN & COUNTRY HOLDINGS, INC.,                                       :
                                                                     :
                          Plaintiffs,                                :      18-cv-5075 (LJL)
                                                                     :
          -v-                                                        :      ORDER
                                                                     :
INGENIOUS DESIGNS LLC, JOY MANGANO, and                              :
HSN, INC.,                                                           :
                                                                     :
                          Defendants.                                :
                                                                     :
---------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      For the reasons stated in the Opinion and Order filed by the Court today, Plaintiffs' motion for summary judgment and Defendants' motion for summary judgment are both GRANTED IN PART and DENIED IN PART. In order to preserve the ability of the parties to move the Court for redactions from the Opinion and Order, the Opinion and Order is temporarily filed under seal. The parties shall meet and confer with respect to potential redactions and within one week of the date of this Order, i.e., by August 13, 2021, the parties shall file any proposed redactions pursuant to the Court's Individual Practices. In addition, given the length of the Opinion and Order, the parties are invited to inform the Court of any errors in citation, typography, or similar errors they discover in their review. The Court will rule on any outstanding motions to seal at the same time it rules on any proposed redactions to the Opinion and Order.

      SO ORDERED.

Dated: August 5, 2021
      New York, New York

                                                       LEWIS J. LIMAN
                                                      United States District Judge