```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
TOWN & COUNTRY LINEN CORP. and                                     :
TOWN & COUNTRY HOLDINGS, INC.,                                     :
                                                                   :
                        Plaintiffs,                                :       18-cv-5075 (LJL)
                                                                   :
        -v-                                                        :       ORDER
                                                                   :
INGENIOUS DESIGNS LLC, JOY MANGANO, and                            :
HSN, INC.,                                                         :
                                                                   :
                        Defendants.                                :
                                                                   :
-------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The letter motion at Dkt. No. 333 to seal certain portions of the Court's summary judgment Opinion and Order, filed under seal at Dkt. No. 331, is granted and part and denied in part. A partially redacted Opinion and Order will be filed.

The Clerk of Court is directed to close the motions to seal at Dkt. No. 333.

SO ORDERED.

Dated: August 23, 2021
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge