```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
TOWN & COUNTRY LINEN CORP. and                                   :
TOWN & COUNTRY HOLDINGS, INC.,                                   :
                                                                 :
                          Plaintiffs,                            :     18-cv-5075 (LJL)
                                                                 :
        -v-                                                      :          ORDER
                                                                 :
INGENIOUS DESIGNS LLC, JOY MANGANO, and                          :
HSN, INC.,                                                       :
                                                                 :
                          Defendants.                            :
                                                                 :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      The parties have filed various motions for certain summary judgment exhibits to be filed under seal, at Dkt. Nos. 189, 192, 290, 291, 296, 307, and 315.  The Court has now had a hearing on the summary judgment motion and issued an opinion.  The parties are directed to review the exhibits against the standards set forth in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006), and its progeny, and by August 30, 2021, submit a joint letter listing the documents that should still be under seal with no more than one sentence for each exhibit for which confidentiality is sought explaining the basis for the request, addressing whether the information has been publicly disclosed, and addressing whether disclosure at the present time would continue to cause competitive or other serious harm.

      SO ORDERED.

Dated: August 23, 2021  
       New York, New York                                                     LEWIS J. LIMAN  
                                                                          United States District Judge

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 08/23/2021