```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/24/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
TOWN & COUNTRY LINEN CORP. and :
TOWN & COUNTRY HOLDINGS, INC., :
:
                              Plaintiffs, :          18-cv-5075 (LJL)
:
             -v- :          ORDER
:
INGENIOUS DESIGNS LLC, JOY MANGANO, and :
HSN, INC., :
:
                              Defendants. :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The letter motions to seal at Dkt. Nos. 189, 192, 290, 291, 296, 307, and 315 are granted in part and denied in part, as modified by the parties' joint letter motion at Dkt. No. 346 and subject to potential reconsideration and unsealing by the Court when and if this case proceeds to trial.

      Plaintiffs' requests in Dkt. Nos. 290, 291, 296, 307, and 315 to redact information related to Factory Trade Secret 2 are granted, limited to the specific information pertaining to Factory Trade Secret 2 in the documents at Dkt. Nos. 292, 292-1, 294, 297, 309, 310-1, 310-2, 316, and 317 as identified in Dkt. No. 346.  However, the parties are directed to be prepared to address at the pretrial conference in this case why the factory in question should not be permitted to be referred to by its first name in open court.

      Plaintiffs' request in Dkt. No. 189 is denied as moot, as they withdraw that request in Dkt. No. 346 in light of the Court's other rulings.

      Plaintiffs' request in Dkt. No. 296 to redact information related to third parties Earthbound and DuPont in Dkt. No. 297 ¶¶ 95, 108, 109 is denied.  Plaintiffs' request in Dkt. No. 307 to redact information related to third parties Earthbound and DuPont in Dkt. No. 309 is denied as to the information in paragraph 109 on page 46, the last five lines of page 67, and pages 68-69 and 73-74, but granted as to the other specified information on page 46 and 67 and all the specified information on pages 39, 45, 66, and 80, as identified in Dkt. No. 346. Plaintiffs' request in Dkt. No. 307 to redact information related to third parties Earthbound and DuPont in Dkt. Nos. 310-2 and 310-5 is granted as to the information in Dkt. No. 310-2 identified in Dkt. No. 346 but denied as to Dkt. No. 310-5.  Plaintiffs' request in Dkt. No. 315 to redact information related to third parties Earthbound and DuPont in Dkt. No. 317 is granted with regard to the information on pages 12, 18, and 26, but denied with regard to the information

on pages 13-14, as identified in Dkt. No. 346.

Plaintiffs' request in Dkt. No. 307 to redact information in Dkt. No. 310-2 related to other confidential TNC projects unrelated to this matter, as outlined in Dkt. No. 346, is granted.

Defendants' request in Dkt. No. 192 to redact confidential financial information in Dkt. Nos. 190-1, 192, and 190-5 is granted, limited to the specific information identified in Dkt. No. 346.

Defendants' request in Dkt. No. 307 to redact confidential information in Dkt. No. 309, as identified in Dkt. No. 346, is granted.

Defendants' request in Dkt. No. 315 to redact information in Dkt. No. 316, as identified in Dkt. No. 346, is denied.

The parties are directed to refile all the underlying documents on the public docket, redacting only the information approved in this order.

The Clerk of Court is respectfully directed to close the motions to seal at Dkt. Nos. 189, 192, 290, 291, 296, 307, and 315.

SO ORDERED.

Dated: September 24, 2021
      New York, New York

                                                  LEWIS J. LIMAN
                                            United States District Judge