```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/13/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
TOWN & COUNTRY LINEN CORP. and              :
TOWN & COUNTRY HOLDINGS, INC.,              :
                                            :
                        Plaintiffs,         :          18-cv-5075 (LJL)
                                            :
            -v-                             :          ORDER
                                            :
INGENIOUS DESIGNS LLC, JOY MANGANO, and     :
HSN, INC.,                                  :
                                            :
                        Defendants.         :
                                            :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

     As stated in the Court's accompanying Opinion and Order, the motion to strike the jury demand is granted; this case will be tried to the bench. The Court is prepared to proceed with a bench trial on June 9, 2022. A telephonic status conference will be held on May 17, 2022 at 11:00 a.m. to discuss scheduling. The parties are directed to call into the Court's teleconference line at 888-251-2909, Access Code 2123101.

     SO ORDERED.

Dated: May 13, 2022  
       New York, New York                               _____  
                                                      LEWIS J. LIMAN  
                                                 United States District Judge