```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
TOWN & COUNTRY LINEN CORP. and TOWN &                          :
COUNTRY HOLDINGS, INC.,                                        :
                                                               :
                         Plaintiffs,                           :      18-cv-05075 (LJL)
                                                               :
            -v-                                                :      ORDER
                                                               :
INGENIOUS DESIGNS LLC, JOY MANGANO, and                        :
HSN, INC.,                                                     :
                                                               :
                         Defendants.                           :
                                                               :
---------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The Court held a Telephonic Status Conference with parties in this matter on May 17, 2022. The deadline for the proposed joint pretrial order and witness declarations is June 3, 2022. A *Daubert* Hearing is scheduled for June 9, 2022 at 9:30AM in Courtroom 15C at the 500 Pearl Street Courthouse. Parties are to submit a proposed agenda for the *Daubert* hearing by 5:00PM on June 2, 2022. The Bench Trial previously scheduled for June 9, 2022 is adjourned to August 1, 2022 at 9:00AM in Courtroom 15C at the 500 Pearl Street Courthouse.

SO ORDERED.

Dated: May 23, 2022
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge