```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/18/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
TOWN & COUNTRY LINEN CORP. and TOWN &  :
COUNTRY HOLDINGS, INC.,                :
:
                    Plaintiffs,  :        18-cv-5075 (LJL)
:
        -v-                  :        ORDER
:
INGENIOUS DESIGNS LLC, JOY MANGANO, and :
HSN, INC.,                             :
:
                    Defendants.  :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court has been informed that the parties have reached a settlement in principle in this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within twenty-eight (28) days of this Order, by Monday, August 15, 2022. Any application to reopen filed after twenty-eight (28) days from the date of this Order may be denied solely on that basis. The pending motions at Dkt. Nos. 436 and 437 are DISMISSED as moot (subject to renewal if the case is restored), and all conferences and deadlines are CANCELLED.

      SO ORDERED.

Dated: July 18, 2022
       New York, New York
                                                LEWIS J. LIMAN
                                                United States District Judge